**10**    In the Matter of WILLIAM B. CUSTER.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES THOMAS, Appellant.—Motion granted and order amended to reflect that determination made on the law alone. Present—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.